## WILKINSON v. STATE.
### No. 20226.

Court of Criminal Appeals of Texas.

Feb. 22, 1939.

C. D. Little, of Baytown, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

KRUEGER, Judge.

Conviction is for rape. Punishment assessed is confinement in the state penitentiary for a term of fifteen years.

The record is before us without a statement of facts or bills of exceptions. The indictment is sufficient to charge the offense and all procedural matters appear to be in due order.

The judgment is affirmed.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the Judges of the Court of Criminal Appeals and approved by the Court.

## VAUGHN v. STATE.
### No. 20221.

Court of Criminal Appeals of Texas.

March 1, 1939.

Eugene F. Mathis, of San Angelo, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

CHRISTIAN, Judge.

The offense is possession of beer in a dry area for the purpose of sale; the punishment, a fine of $100.

The record is before us without a statement of facts or bills of exception. No question is presented for review.

The judgment is affirmed.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the Judges of the Court of Criminal Appeals and approved by the Court.